PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT    CASE NO. 1:21CR27MSM-PAS-01

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Gregory F Aloisio
Address: [redacted]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Richard B. Myrus
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Sandra R. Hebert

☐ Interpreter Required    Dialect: _____

Birth Date: [redacted]
☒ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Dept. of HUD: Alexander Rosania, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attachment | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 7

| Count Breakdown | Title & Section/Offense Level (Petty = 1/ Misdemeanor = 3/ Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud and Wire Fraud | **FELONY** |
|   | Imprisonment: 30 years<br>Supervised Release: 5 years | Fine: $1,000,000<br>Special Assessment: $100 | |
| 2-5 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud | **FELONY** |
|   | Imprisonment: 30 years<br>Supervised Release: 5 years | Fine: $1,000,000<br>Special Assessment: $100 | |
| 6 | 18 U.S.C. § 1343 | Wire Fraud | **FELONY** |
|   | Imprisonment: 20 years<br>Supervised Release: 3 years | Fine: $250,000<br>Special Assessment: $100 | |
| 7 | 18 U.S.C. § 1956(a)(1)(B)(i) | Money Laundering | **FELONY** |
|   | Imprisonment: 20 years<br>Supervised Release: 3 years | Fine: $500,000<br>Special Assessment: $100 | |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

CASE NO. 1:21CR27MSM-PAS-02

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Aloisio Group, LLC
Address: [redacted]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — RHODE ISLAND
DISTRICT OF RHODE ISLAND — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Richard B. Myrus
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Sandra R. Hebert

☐ Interpreter Required  Dialect: _____

Birth Date: _____
☐ Male  ☐ Female  ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Dept. of HUD: Alexander Rosania, Special Agent

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND  County

### DEFENDANT

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attachment | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Count Breakdown | Title & Section/Offense Level (Petty = 1/ Misdemeanor = 3/ Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud and Wire Fraud | **FELONY** |
|  | Imprisonment: 30 years<br>Supervised Release: 5 years | Fine: $1,000,000<br>Special Assessment: $100 |  |

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

**CASE NO.** 1:21CR27MSM-PAS-03

**USA vs.**

**Defendant:** John Difruscio Jr

**Address:** [redacted]

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Superseding Information  ☐ Charges/Counts Added

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Richard B. Myrus
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

**Name of Asst. U.S. Attorney (if assigned):** Sandra R. Hebert

☐ Interpreter Required   Dialect: _____

Birth Date: [redacted]
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number _____

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
U.S. Dept. of HUD: Alexander Rosania, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Place of offense:** RHODE ISLAND County

## DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | See Attachment |  | ☐ Felony / ☐ Misdemeanor |
|  |  |  | ☐ Felony / ☐ Misdemeanor |
|  |  |  | ☐ Felony / ☐ Misdemeanor |
|  |  |  | ☐ Felony / ☐ Misdemeanor |
|  |  | Trial Days: 5 | ☐ Felony / ☐ Misdemeanor |

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5

| Count Breakdown | Title & Section/Offense Level (Petty = 1/ Misdemeanor = 3/ Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud and Wire Fraud | **FELONY** |
|  | Imprisonment: 30 years<br>Supervised Release: 5 years | Fine: $1,000,000<br>Special Assessment: $100 |  |
| 2, 3 & 5 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud | **FELONY** |
|  | Imprisonment: 30 years<br>Supervised Release: 5 years | Fine: $1,000,000<br>Special Assessment: $100 |  |
| 6 | 18 U.S.C. § 1343 | Wire Fraud | **FELONY** |
|  | Imprisonment: 20 years<br>Supervised Release: 3 years | Fine: $250,000<br>Special Assessment: $100 |  |