AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

United States of America
v.
John Difruscio, Jr.

Case No.  1:21CR27-03-MSM-PAS

*Defendant*

## ARREST WARRANT

MAR 05 2021

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  John Difruscio, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud and Wire Fraud in violation of 18 U.S.C. 1349
Bank Fraud in violation of 18 U.S.C. 1344 and 2
Wire Fraud in violation of 18 U.S.C. 1343

Date:  03/05/2021

*Issuing officer's signature*

City and state:  Providence, RI

Michael Simoncelli, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/2021, and the person was arrested on *(date)* 3-9-21
at *(city and state)* Johnston, RI

Date: 3-9-21

*Arresting officer's signature*

Alexander Rosenia / Special Agent
*Printed name and title*